# Exhibit B



# Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions

U.S. Office of Personnel Management sent this bulletin at 06/23/2025 10:31 AM EDT

Share / View as a webpage



# Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions

Dear CHCOs, Deputy CHCOs and Human Resources Directors,

The U.S. Office of Personnel Management (OPM) Office of Workforce Policy and Innovation is providing additional guidance to agencies on the use of the four short essay questions for job seekers to support agency implementation of and compliance with the Merit Hiring Plan.  All Federal competitive service job vacancy announcements graded at GS-05 or above will include four short, free-response essay questions as provided in the Merit Hiring Plan, with the exception of announcements for teachers, Wage Grade employees, and seasonal workers.  Agencies may exempt other positions from use of the questions in their discretion, where they determine that such an exemption is appropriate for the position. While agencies are encouraged to use these questions for competitive merit promotion hiring (both internal and external), it is not a requirement.

Answers to these questions are not scored or rated.  Agencies should treat responses to these questions in the same way they would treat the submission of a cover letter. (The appropriate use of cover letters is addressed at Page 4-1 of OPM's Delegated Examining Handbook). The questions give candidates an opportunity to provide additional information about themselves, their background, and dedication to public service, but must not be used as a means of determining whether the candidate fulfills the qualifications of a position. The questions also must not be used to impose an ideological litmus test on candidates.  If an applicant does not answer the questions along with their application, they will not be disqualified or screened out.

During the hiring process, answers to the four essay questions will be reviewed only by the hiring manager and agency leadership (or a designee), as part of an application packet forwarded to the manager and later to agency leadership if the candidate is recommended for selection. Hiring managers and agency leaders or designees must only use the questions in accordance with Merit System Principles, and should additionally be mindful of Prohibited Personnel Practices. OPM will provide appropriate training to hiring managers and agency leadership and designees.

Applicants should be provided with the following instructions:

> The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question.  Please provide a response of 200 words or less to each question.  You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

For instructions for adding these questions to the application process, agencies should contact their talent acquisition system account manager for support.

Workforce Policy and Innovation

Do not reply to this unmonitored govDelivery send-only email address.

Stay Connected with U.S. Office of Personnel Management:

  

## Subscribe to updates from U.S. Office of Personnel Management

Email Address   e.g. name@example.com
Subscribe

## Share Bulletin

Powered by



Privacy Policy | Cookie Statement | Help