# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,<br><br>                      Plaintiffs,<br><br>   v.<br><br>SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA,<br><br>                      Defendants. | Case No. 1:25-cv-13305-GAO |

**PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705 AND FOR PRELIMINARY INJUNCTION**

3374130

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, and National Association of Government Employees, Inc. respectfully request that the Court enter a stay under 5 U.S.C. § 705 against Scott Kupor, in his official capacity as Director of the Office of Personnel Management, the Office of Personnel Management, and the United States of America ("Defendants"), staying the implementation of the Merit Hiring Plan and Merit Hiring Plan Guidance, insofar as they direct the inclusion and use of the Loyalty Question in federal civil service hiring. Plaintiffs also seek an order enjoining Defendants, their officers, agents, and employees, and other persons who are in active concert or participation with any of them from implementing, requiring, using, or permitting the use of the Loyalty Question in civil service hiring; from using, requiring, or permitting the use of, or reliance upon, answers to the Loyalty Question in any manner; and from implementing, giving effect to, or reinstating the Loyalty Question under a different name.

As set forth in greater detail in the accompanying memorandum of points and authorities, and the declarations of Everett Kelley, Lee Sutton, Fernando Colón, Cara Meyer, and Federal Workers 1-4 filed herewith, Plaintiffs have established that they are likely to succeed on the merits of their claims under the First Amendment, because the Merit Hiring Plan's imposition of a Loyalty Question violates the First Amendment rights of Plaintiffs' members; and under the Administrative Procedure Act, because the Merit Hiring Plan and MHP Guidance are arbitrary and capricious, and contrary to the Constitution. Plaintiffs have demonstrated a strong likelihood of success on the merits of their claims and have shown that, absent relief, they will suffer irreparable harm, with the balance of equities and the public interest weighing in favor of

granting a stay and preliminary injunction. Plaintiffs will post a nominal bond of $100 pursuant to Federal Rule of Civil Procedure 65(c).

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: November 19, 2025      By:   /s/ Warren A. Braunig
Warren A. Braunig*
Sara Fitzpatrick*
Charlotte J. Kamai*
Cara R. Meyer*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
wbraunig@keker.com
sfitzpatrick@keker.com
ckamai@keker.com
cmeyer@keker.com
*Counsel for Plaintiffs*

Tsuki Hoshijima (BBO # 693765)
Elena Goldstein*
Webb Lyons**
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 991 0159
thoshijima@democracyforward.org
egoldstein@democracyforward.org
wlyons@c.democracyforward.org**
**Of Counsel*
*Counsel for Plaintiffs*

2

3374130

Ori Lev*
Jacek Pruski*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582
ori.lev@protectdemocracy.org
jacek.pruski@protectdemocracy.org
*Counsel for Plaintiffs*

Rushab B. Sanghvi*
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
sanghr@afge.org
*Counsel for Plaintiff American Federation
of Government Employees, AFL-CIO (AFGE*)

Matthew S. Blumin*
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW, Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation of State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Sarah Suszczyk*
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of
Government Employees, Inc. (NAGE)*

**Admitted pro hac vice*

3374130

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2) and Federal Rule of Civil Procedure 65, counsel for Plaintiffs certify that they have given counsel for all Defendants notice of this motion and they have attempted to meet and confer in good faith with Defendants' counsel concerning this motion, in an effort to narrow or resolve the issues before filing.

>                              */s/Warren A. Braunig*
>                              Warren A. Braunig

3374130

5

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

      */s/Warren A. Braunig*
      Warren A. Braunig

3374130