# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No.  1:25-cv-13305-GAO |

## DECLARATION OF CARA R. MEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705 AND FOR PRELIMINARY INJUNCTION

I, Cara Meyer, declare:

1. I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in this District in connection with this matter. *See* ECF No. 19. I am an attorney at the law firm of Keker, Van Nest & Peters LLP, and counsel of record for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Stay under 5 U.S.C. § 705 and for Preliminary Injunction.

2. On August 14, 2025, Roseanna Ciarlante, the Director of the U.S. Office of Personnel Management's Hiring Experience Group delivered a webinar entitled *Merit Hiring Plan Overview* in which she stated that the Loyalty Question (and other essay responses) are "a very specific priority for this administration . . . prior to making a final offer to a candidate." (1:14:02–1:14:16). A recording of the webinar posted by OPM is available at: https://www.youtube.com/watch?v=b6CAij6HU5k.

3. Attached hereto as Exhibit A is a true and correct copy of the *About USAJOBS* section of the USAJOBS website. This page is available at: https://help.usajobs.gov/about.

4. Attached hereto as Exhibit B is a true and correct copy of a Defense One article by Eric Wagner, titled *Trump calls federal workforce 'crooked,' vows to hold them 'accountable'*, dated August 28, 2024. This article is available at: https://www.defenseone.com/policy/2024/08/trump-calls-federal-workforce-crooked-vows-holdthem-accountable/399147/.

5. Attached hereto as Exhibit C is a true and correct copy of a Government Executive article by Eric Katz, titled *If Trump Is Reelected, His Aides Are Planning to Purge the Civil Service*, dated July 22, 2022. This article is available at: https://www.govexec.com/workforce/2022/07/trump-reelected-aides-planpurge-civil-service/374842/.

6. Attached hereto as Exhibit D is a true and correct copy of a New Yorker article by Ruth Marcus, titled *J.D. Vance Warns Courts to Get in Line*, dated May 25, 2025. This article is available at: https://www.newyorker.com/news/the-lede/j-d-vance-warns-courts-to-get-in-line.

7. Attached hereto as Exhibit E is a true and correct copy of a ProPublica article by Molly Redden, Andy Kroll, and Nick Surgey, titled *"Put Them in Trauma": Inside a Key MAGA Leader's Plans for a New Trump Agenda*, dated Oct. 28, 2024. This article is available at: https://www.propublica.org/article/video-donald-trump-russ-vought-center-renewing-america-maga.

8. Attached hereto as Exhibit F is a true and correct copy of a New York Times article by Alan Rappeport, titled *Federal Employees Union Sues Trump Over Worker Protections*, dated January 21, 2025. This article is available at: https://www.nytimes.com/2025/01/21/us/politics/trump-schedule-f-federal-workers.html.

9. Attached hereto as Exhibit G is a true and correct copy of a National Public Radio article by Chris Arnold and Emily Feng, titled *Thousands of fired federal workers must be offered reinstatement, a judge rules*, dated March 13, 2025. This article is available at: https://www.npr.org/2025/03/13/nx-s1-5325959/federal-employees-court-firing.

10. Attached hereto as Exhibit H is a true and correct copy of an ABC News article by Benjamin Siegel and Cheyenne Haslett, titled *Federal governmental paying 154,000 people not to work*, dated July 31, 2025. This article is available at: https://abcnews.go.com/Politics/federal-government-paying-154000-people-work/story?id=124249462.

11. Attached hereto as Exhibit I is a true and correct copy of a New York Times article by Eileen Sullivan, titled *Year Will End With 300,000 Fewer Federal Workers, Trump Official Says*, dated August 22, 2025. This article is available at: https://www.nytimes.com/2025/08/22/us/politics/trump-federal-workers.html.

12. Attached hereto as Exhibit J is a true and correct copy of a Politico article by Josh Gerstein, Carmen Paun and Hassan Ali Kanu, titled *Judge extends order barring mass firings of*

2

*federal workers during shutdown*, dated October 28, 2025. This article is available at: https://www.politico.com/news/2025/10/28/government-shutdown-federal-workers-rifs-ruling-00626042

13. Attached hereto as Exhibit K is a true and correct copy of a New York Times article by Tony Romm, titled *Trump Threatens to Fire 'a Lot' of Federal Workers as Shutdown Looms*, dated September 30, 2025. This article is available at: https://www.nytimes.com/2025/09/30/us/politics/trump-shutdown-layoffs.html.

14. Attached hereto as Exhibit L is a true and correct copy of a USAJOBS posting for a Nuclear Materials Courier and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/846951800 and https://apply.usastaffing.gov/ViewQuestionnaire/12807561.

15. Attached hereto as Exhibit M is a true and correct copy of a USAJOBS posting for an Air Traffic Control Specialist and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/846095500 and https://apply.usastaffing.gov/ViewQuestionnaire/12802596.

16. Attached hereto as Exhibit N is a true and correct copy of a USAJOBS posting for a Meatcutting Worker and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/848561600 and https://apply.usastaffing.gov/ViewQuestionnaire/12821024.

17. Attached hereto as Exhibit O is a true and correct copy of a USAJOBS posting for a Social Worker and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/848560800 and https://apply.usastaffing.gov/ViewQuestionnaire/12816571.

18. Attached hereto as Exhibit P is a true and correct copy of a USAJOBS posting for a Practical Nurse and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/848187400 and

http://jobs.monstergovt.com/bopmp/vacancy/previewVacancyQuestions.hms?orgId=2&jnum=178917.

19.     Attached hereto as Exhibit Q is a true and correct copy of a USAJOBS posting for an Electrical Engineering Patent Examiner and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/839346700 and https://apply.usastaffing.gov/ViewQuestionnaire/12752337.

20.     Attached hereto as Exhibit R is a true and correct copy of a USAJOBS posting for a Crane Operator and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/840423200 and https://jobs.monstergovt.com/dot/vacancy/previewVacancyQuestions.hms?orgId=2&jnum=92213.

21.     Attached hereto as Exhibit S is a true and correct copy of a compilation of federal firefighting job postings that include the Loyalty Question. This spreadsheet is made from information available at: https://usajobsloyaltytests.netlify.app/.

22.     Attached hereto as Exhibit T is a true and correct copy of a USAJOBS posting for an Education Research Analyst and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/844948000 and https://jobs.monstergovt.com/edu/vacancy/previewVacancyQuestions.hms?orgId=1&jnum=68008.

23.     Attached hereto as Exhibit U is a true and correct copy of an NBC News article by Raquel Coronell Uribe, titled *Trump says mass government layoffs will be 'Democrat-oriented'*, dated October 10, 2025. This article is available at: https://www.nbcnews.com/politics/politics-news/live-blog/trumpmedical-checkup-government-shutdown-israel-gaza-live-updates-rcna235749.

24.     Attached hereto as Exhibit V is a true and correct copy of five USAJOB postings in New Jersey, Virginia, Pennsylvania, Iowa, and Alabama for Department of Agriculture openings as GS-5/9 Consumer Safety Inspectors with embedded questionnaires containing the

Loyalty Question. They are available at: https://www.usajobs.gov/job/849573500 and

https://apply.usastaffing.gov/ViewQuestionnaire/12829142;

https://www.usajobs.gov/job/849576400 and

https://apply.usastaffing.gov/ViewQuestionnaire/12828940;

https://www.usajobs.gov/job/849583600 and

https://apply.usastaffing.gov/ViewQuestionnaire/12830131;

https://www.usajobs.gov/job/849368900 and

https://apply.usastaffing.gov/ViewQuestionnaire/12827410;

https://www.usajobs.gov/job/849379600 and

https://apply.usastaffing.gov/ViewQuestionnaire/12828019.

25.     Attached hereto as Exhibit W is a true and correct copy of two USAJOB postings in Florida and Oklahoma for Department of Agriculture openings as GS-5/9 Consumer Safety Inspectors, which include questionnaires that do not include the Loyalty Question. They are available at: https://www.usajobs.gov/job/849575300 and

https://apply.usastaffing.gov/ViewQuestionnaire/12825477;

https://www.usajobs.gov/job/849353800 and

https://apply.usastaffing.gov/ViewQuestionnaire/12828806.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: November 19, 2025

_____
CARA R. MEYER