# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,<br><br>                Plaintiffs,<br><br>    v.<br><br>SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA,<br><br>                Defendants. | Case No. 1:25-cv-13305-GAO |

**DECLARATION OF FEDERAL WORKER 3 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

## DECLARATION OF FEDERAL WORKER 3 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Federal Worker 3, declare:

1.  I am a resident of the midwestern United States, and I am over the age of 18. I have personal knowledge of the facts set forth below and can competently testify to their truth.

2.  I am a member of a local Service Employees International Union that is affiliated with and serviced by the National Association of Government Employees.

3.  I am currently employed at the Department of Veterans Affairs. In my role I perform a range of functions, including IT support, records management, equipment inventory, and the like. I also have a background in software development.

4.  I am actively looking for other federal jobs, and I have been doing so for the past couple of years. I would like a federal job with better pay. I also am worried that my current position may be subject to a Reduction in Force (RIF), and so I am interested in a federal job that is more likely to be exempt from RIFs.

5.  Over the past two years I have applied for hundreds of federal jobs on USAJOBS. A few weeks ago, I saw a posting on USAJOBS that I was interested in applying to, but I was quite taken aback because it included a new set of essay questions that I had never seen before on any job posting. One of the questions asked the following:

    How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

6.  This question is a clear violation of my free speech rights and it goes against everything that the United States stands for. As a civil servant, I do not have to profess loyalty to a particular President. I instead profess loyalty to the Constitution.

1

7. This question also has no relevance to any of the federal jobs that I am interested in applying to.

8. In the past few weeks alone, I saw several postings on USAJOBS, for positions across the federal government, that I am qualified for and interested in. Those job postings include the following:

- IT Specialist, Department of the Air Force, https://www.usajobs.gov/job/845324300

- IT Specialist, Department of Justice, https://www.usajobs.gov/job/845714000

- IT Specialist, Department of Justice, https://www.usajobs.gov/job/845965100

- Mission Support Specialist, Department of Veterans Affairs, https://www.usajobs.gov/job/844934500

- IT Specialist, Department of Justice, https://www.usajobs.gov/job/846829800

9. I would have applied for each of these jobs, as well as others, except for the fact that they each included the question that asks me to identify one of the President's Executive Orders or policies that is significant to me and to explain how I would implement it. Because of that question, I did not apply for those jobs. Asking me to answer that question violates my free speech rights, and I do not want to share my political views with the government.

10. I have seen this question appear on more job postings every day. Almost every posting that I am interested in now includes this question, so I have become desperate. I recently submitted an application for a position at the Department of Homeland Security. In response to the question that asked me to identify one of the President's Executive Orders or policies, I responded that, according to the instructions, the question was optional and that I was not going to respond.

11. Even that answer has left me feeling uneasy. By not identifying one of the President's Executive Orders or policies, I think the government will identify me as someone who does not support President's Trump's policies and that they will hold it against me. I think they are looking for candidates who will express loyalty to President Trump.

12. I am using a pseudonym for this declaration because I fear that, if the government learns my identity, I will be retaliated against. Specifically, I worry that I will be terminated from my current federal job or that my agency will take some adverse action against me. I also worry that I will not be hired for any future jobs that I am applying for. And I worry that if my name is made public that I will be harassed and threatened, in the same way that others have been who have opposed this administration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2025

                                        /s/ Federal Worker 3

                                            FEDERAL WORKER 3

**CERTIFICATE OF SERVICE**

    I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

                                                */s/Warren A. Braunig*
                                                Warren A. Braunig

3109939