# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**

Plaintiffs American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, and National Association of Government Employees, Inc. (collectively "Plaintiffs") respectfully request that the Court set a status conference in this matter.

*First*, Defendants Scott Kupor, Office of Personnel Management, and the United States of America failed to timely respond to the Complaint.  The deadline to respond to the Complaint was January 9, 2026.  *See* Dkt. No. 51.  As of today's date, January 14, 2026, no answer or responsive pleading has been filed.  Given the serious constitutional harm alleged in the Complaint—namely, Defendants' action requiring that federal job applications include a "Loyalty Question" violates the First Amendment in numerous ways—Plaintiffs wish to discuss the implications of Defendants' failure to respond to the allegations of the Complaint.  Plaintiffs are prepared to apply for default if necessary.

*Second*, Plaintiffs write to apprise the Court of continuing harms caused by Defendants' conduct.  Plaintiffs' Motion for Stay under 5 U.S.C. § 705 and for Preliminary Injunction was filed on November 19, 2025, and has been fully briefed for more than a month. Plaintiffs requested a hearing on the motion; as of this time, no hearing date has been set. Since November 6, when the Complaint was filed, another ***5,000*** federal job postings that include the Loyalty Question have been posted to the USAJobs platform.  *Compare* Dkt. No. 40 ("more than 5,800 job postings" listed with the Loyalty Question), *with* "Merit Hiring Plan" Essay Tracker, https://usajobsloyaltytests.netlify.app (last visited January 12, 2026) (10,982 job postings with Loyalty Question).  Indeed, December 2025 and January 2026 – the two months since the filing of the Complaint and Plaintiffs' Motion for Stay under 5 U.S.C. § 705 and for Preliminary Injunction – are the months with the highest percentage of federal job postings that include the

1

Loyalty Question.[1]  Because every posting generates a new constitutional injury, as more and more potential job applicants are confronted with the decision to speak against their will (compelled speech) or be silenced (chilled speech), the irreparable harm from Defendants' policy is only growing.

Therefore, Plaintiffs respectfully request that the Court set a status conference at the Court's convenience, preferably in conjunction with a hearing on the pending motion for injunctive relief.

DATED:  January 14, 2026                    By:    /s/ Warren A. Braunig
Warren A. Braunig (*Admitted Pro Hac Vice*)
Sara Fitzpatrick (*Admitted Pro Hac Vice*)
Charlotte J. Kamai (*Admitted Pro Hac Vice*)
Cara R. Meyer (*Admitted Pro Hac Vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
wbraunig@keker.com
sfitzpatrick@keker.com
ckamai@keker.com
cmeyer@keker.com
*Counsel for Plaintiffs*

Tsuki Hoshijima (BBO # 693765)
Elena Goldstein (*Admitted Pro Hac Vice*)
Webb Lyons** (*Admitted Pro Hac Vice*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 991 0159
thoshijima@democracyforward.org
egoldstein@democracyforward.org
wlyons@c.democracyforward.org**
**Of Counsel*
*Counsel for Plaintiffs*

---

[1] *See* https://usajobsloyaltytests.netlify.app/ (filter by "Timeline").

Ori Lev (*Admitted Pro Hac Vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582
ori.lev@protectdemocracy.org
*Counsel for Plaintiffs*

Rushab B. Sanghvi (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
SanghR@afge.org
*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

Matthew S. Blumin (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Sarah Suszczyk (*Admitted Pro Hac Vice*)
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of Government Employees, Inc. (NAGE)*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

                                                */s/ Warren A. Braunig*
                                                Warren A. Braunig