**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, and NATIONAL
ASSOCIATION OF GOVERNMENT
EMPLOYEES, INC.,

                      Plaintiffs,

    v.

SCOTT KUPOR, in his official capacity as
Director of the Office of Personnel
Management, OFFICE OF PERSONNEL
MANAGEMENT, and THE UNITED
STATES OF AMERICA,

                      Defendants.

Case No. 1:25-cv-13305-GAO

**JOINT STIPULATION AND MOTION**

Defendants Scott Kupor, Office of Personnel Management, and the United States of

America ("Defendants") and American Federation of Government Employees, AFL-CIO,

American Federation of State, County and Municipal Employees, AFL-CIO, and National

Association of Government Employees, Inc., ("Plaintiffs") (collectively, "the Parties") jointly

stipulate as follows:

    1.      Plaintiffs filed the Complaint in this matter on November 6, 2025;

    2.      Plaintiffs properly served the Complaint on all Defendants in this action on

November 10, 2025;

    3.      Defendants' answer or response to the Complaint was due on January 9, 2026;

    4.      Defendants did not file an answer or response to the Complaint by January 9,

2026, and have not done so as of the date of this Joint Stipulation and Motion;

1

5.      On November 19, 2025, Plaintiffs filed a Motion for Stay Under § 705 and for

Preliminary Injunction.  Defendants filed a Response to that Motion on December 3, 2025, and,

after the Court authorized filing of a Reply brief, Plaintiffs filed their Reply on January 6, 2026;

6.      The Court has set a hearing on Plaintiffs' Motion for Stay Under § 705 and for

Preliminary Injunction for February 25, 2026; and

7.      Judicial efficiency would be advanced if the deadline for Defendants' answer or

response to the Complaint were delayed until after this Court rules on Plaintiffs' pending Motion

for Stay Under § 705 and for Preliminary Injunction.

Accordingly, the Parties jointly request that the deadline for Defendants to respond to or

answer the Complaint be reset to thirty (30) days following entry of an Order resolving

Plaintiffs' Motion for Stay Under § 705 and for Preliminary Injunction.


DATED:  January 23, 2026                          Respectfully submitted,

                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General

                                                  CHRISTOPHER HALL
                                                  Assistant Director, Federal Programs Branch

                                          By:     /s/ Ryan M. Underwood
                                                  RYAN M. UNDERWOOD
                                                  Trial Attorney (D.C. Bar No. 1656505)
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, NW
                                                  Washington, DC 20005
                                                  Tel: (202) 305-1952
                                                  E-mail: ryan.m.underwood2@usdoj.gov

                                                  *Counsel for Defendants*

DATED:  January 23, 2026                   By:      */s/ Warren A. Braunig*
                                                     Warren A. Braunig (*Admitted Pro Hac Vice*)
                                                     Sara Fitzpatrick (*Admitted Pro Hac Vice*)
                                                     Charlotte J. Kamai (*Admitted Pro Hac Vice*)
                                                     KEKER, VAN NEST & PETERS LLP
                                                     633 Battery Street
                                                     San Francisco, CA 94111-1809
                                                     Telephone: (415) 391 5400
                                                     wbraunig@keker.com
                                                     sfitzpatrick@keker.com
                                                     ckamai@keker.com
                                                     *Counsel for Plaintiffs*

                                                     Tsuki Hoshijima (BBO # 693765)
                                                     Elena Goldstein (*Admitted Pro Hac Vice*)
                                                     Webb Lyons** (*Admitted Pro Hac Vice*)
                                                     DEMOCRACY FORWARD FOUNDATION
                                                     P.O. Box 34553
                                                     Washington, D.C. 20043
                                                     Telephone: (202) 991 0159
                                                     thoshijima@democracyforward.org
                                                     egoldstein@democracyforward.org
                                                     wlyons@c.democracyforward.org**
                                                     ***Of Counsel*
                                                     *Counsel for Plaintiffs*

                                                     Ori Lev (*Admitted Pro Hac Vice*)
                                                     Jacek Pruski (*Admitted Pro Hac Vice*)
                                                     PROTECT DEMOCRACY PROJECT
                                                     2020 Pennsylvania Avenue NW Suite #163
                                                     Washington, D.C. 20006
                                                     Telephone: (202) 579-4582
                                                     ori.lev@protectdemocracy.org
                                                     jacek.pruski@protectdemocracy.org
                                                     *Counsel for Plaintiffs*

                                                     Rushab B. Sanghvi (*Admitted Pro Hac Vice*)
                                                     AMERICAN FEDERATION OF
                                                     GOVERNMENT EMPLOYEES, AFL-CIO
                                                     80 F Street, NW
                                                     Washington, DC 20001
                                                     Telephone: (202) 639-6426
                                                     SanghR@afge.org
                                                     *Counsel for Plaintiff American Federation of*
                                                     *Government Employees, AFL-CIO (AFGE)*

3

Matthew S. Blumin (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation State,*
*County, and Municipal Employees, AFL-CIO*
*(AFSCME)*

Sarah Suszczyk (*Admitted Pro Hac Vice*)
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of*
*Government Employees, Inc. (NAGE)*

5

## [PROPOSED] ORDER

Upon review of the Parties' Joint Stipulation and Motion, and good cause appearing, the

Court orders as follows:

Defendants' deadline to answer or respond to the Complaint shall be thirty (30) days

following entry of an Order resolving Plaintiffs' Motion for Stay Under § 705 and for

Preliminary Injunction.

**IT IS SO ORDERED**

Dated: _____, 2026       _____

Hon. George A. O'Toole, Jr.
United States District Court Judge