# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, *et al.*, <br><br> *Defendants*. | No.: 1:25-cv-13305-GAO |

## DEFENDANTS' MOTION FOR A CONTINUANCE OF HEARING

For good cause, Defendants move to continue the Hearing on Plaintiffs' Motion for Preliminary Injunction and Stay Under 5 U.S.C. § 705, now set for Wednesday, February 25, 2026. ECF No. 63. Undersigned counsel for Defendants conferred with counsel for Plaintiffs to inform them of a personal conflict with the February 25 hearing date. Plaintiffs do not oppose this motion if a new hearing date is set no later than the second week of March. Defendants thus ask the Court to reschedule the hearing on Plaintiffs' motion to a date and time convenient for the Court on Monday, March 2, 2026; Tuesday, March 3, 2026; or any day during the week of Monday, March 9 through Friday, March 13, 2026.[1] Plaintiffs do not oppose rescheduling the hearing for these dates, but do oppose Defendants' motion to the extent the hearing would occur later than Friday, March 13, 2026.

---

[1] Undersigned counsel for Defendants has a similar personal conflict that would prevent travel for an in-person hearing between Wednesday, March 4 and Friday, March 6, 2026.

1

WHEREFORE, Defendants respectfully request that the Court set a new hearing date for March 2, March 3, or during the week of March 9 through March 13, 2026.

Dated:  February 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

*/s/ Ryan M. Underwood*
RYAN M. UNDERWOOD
Trial Attorney (D.C. Bar No. 1656505)
United States Department of Justice, Civil
Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-1952
E-mail: ryan.m.underwood2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  February 18, 2026          By:     */s/ Ryan M. Underwood*
                                          RYAN M. UNDERWOOD
                                          Trial Attorney


**LOCAL RULE 7.1 CERTIFICATION**

I, Ryan M. Underwood, hereby certify that I spoke with counsel for Plaintiffs and they assented to the filing of this motion.

Dated:  February 18, 2026          By:     */s/ Ryan M. Underwood*
                                          RYAN M. UNDERWOOD
                                          Trial Attorney