## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, and NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.,

                Plaintiffs,

    v.

SCOTT KUPOR, in his official capacity as
Director of the Office of Personnel Management,
OFFICE OF PERSONNEL MANAGEMENT,
and THE UNITED STATES OF AMERICA,

                Defendants.

Case No. 1:25-cv-13305-GAO

## DECLARATION OF ORI LEV

I, Ori Lev, declare:

1.      I am an attorney at Protect Democracy Project, and counsel of record for Plaintiffs in the above-captioned action. *See* ECF No. 21. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2.      For purposes of this litigation, on April 24, 2026, I accessed the USAJobs.gov website and navigated to a posting for an open Assistant United States Attorney position at the Department of Justice. The position included the Loyalty Question, *i.e.*, "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired." The Loyalty Question was marked by a red asterisk, with the notation "* = Required." A true and correct screenshot of that webpage is attached hereto as Exhibit 1.

3.      I did not answer the question and navigated to the subsequent pages in the application, including the final page of the application process, captioned "Review & Submit." A true and correct screenshot of that webpage is attached hereto as Exhibit 2. The webpage would not allow me to submit the application without the Loyalty Question being answered. *Id.*

4.      For purposes of this litigation, on April 27, 2026, I accessed the USAJobs.gov website and navigated to a posting for an open Safety and Occupational Health Specialist position at the Department of Labor. The position included the Loyalty Question, *i.e.*, "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired." The Loyalty Question was marked by a red asterisk, with the notation "* = Required." A true and correct screenshot of that webpage is attached hereto as Exhibit 3.

5.      I did not answer the question and navigated to the subsequent pages in the application, including the final page of the application process, captioned "Review & Submit." A true and correct screenshot of that webpage is attached hereto as Exhibit 4. The webpage would not allow me to submit the application without the Loyalty Question being answered. *Id.*

6.      For purposes of this litigation, on April 27, 2026, I accessed the USAJobs.gov website and navigated to a posting for an open Clinical Psychologist position at the Department of Defense. The position included the Loyalty Question, *i.e.*, "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired." The Loyalty Question was marked by a red asterisk, with the

notation "* = Required." A true and correct screenshot of that webpage is attached hereto as Exhibit 5.

7.        I did not answer the question and navigated to the subsequent pages in the application, including the final page of the application process, captioned "Review & Submit." A true and correct screenshot of that webpage is attached hereto as Exhibit 6. The webpage would not allow me to submit the application without the Loyalty Question being answered. *Id.*

8.        As of April 27, 2026, the Loyalty Question challenged in this litigation has appeared on over 33,000 job postings. Exhibit 7, attached herewith, is a true and correct printout from the  "Timeline" tab of the "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (last visited April 27, 2026) (documenting the number of federal job vacancy postings that include the Loyalty Question).

9.        Over 20,000 of those jobs have been posted since briefing closed on the pending motion for preliminary injunction in December 2025. *Id.* And in March and April (month-to-date) 2026, over 15,000 federal job postings have included the Loyalty Question. *Id*.

10.        At some agencies like the Department of Justice and Department of Energy, 75% of all job postings tracked since June 2025 have included the question, and at the Department of Labor, the figure is nearly 100%. *See* Exhibit 8, attached herewith, a true and correct printout from the "By Agency" tab of the "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (last visited April 27, 2026).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2026.

*/s/ Ori Lev*
Ori Lev

3

4

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

*/s/Warren A. Braunig*
Warren A. Braunig