# Exhibit 2

Application Progress

| | |
|---|---|
| **Position Title** | Assistant United States Attorney (AUSA) Open Continuous |
| **Agency** | Executive Office for U.S. Attorneys and the Office of the U.S. Attorneys |
| **Announcement Number** | 26-DC-12855055-AUSA |
| **Open Period** | Thursday, December 18, 2025 to Wednesday, September 30, 2026 |

# Executive Office US Attorneys & Office of US Attorneys

Application Package Status: Application Incomplete

## Review & Submit

Please verify each section of your application is complete and correct. You may review and change your information before submitting.

| Status | Section |
|---|---|
| ✖ | Application ▼ |
| | ☑ Biographic Information |
| | ☑ Eligibilities |
| | ✖ Preferences ▼ |
| | ✖ 1. Merit Hiring Plan Essay Question Number 1 |
| | ✖ 2. Merit Hiring Plan Essay Question Number 2 |
| | ✖ 3. Merit Hiring Plan Essay Question Number 3 |
| | ✖ 4. Merit Hiring Plan Essay Question Number 4 |
| ☑ | Assessment ▼ |
| ✖ | Documents ▼ |

\* ☑ **I acknowledge that all of the supporting documents I want to submit with this application have been assigned to an Accepted Document type on the Documents page.**

Submit Application

Please address all required items to submit application.