# Exhibit 4



| | |
|---|---|
| **Position Title** | Safety and Occupational Health Specialist |
| **Agency** | Occupational Safety and Health Administration |
| **Announcement Number** | DE-26-BOS-OSHA-12943094-JSE |
| **Open Period** | Friday, April 24, 2026 to Thursday, May 7, 2026 |

Application Package Status: <span style="color:red">Application Incomplete</span>

## Review & Submit

Please verify each section of your application is complete and correct. You may review and change your information before submitting.

| Status | Section |
|---|---|
| ✖ | Application ▼ |
| | ☑ Biographic Information |
| | ☑ Eligibilities |
| | ✖ Preferences ▼ |
| | ✖ Core Questions ▼ |
| | ✖ Short Essay Questions ▼ |
| | ✖ 1. Merit Hiring Plan Essay Question Number 1 |
| | ✖ 2. Merit Hiring Plan Essay Question Number 2 |
| | ✖ 3. Merit Hiring Plan Essay Question Number 3 |
| | ✖ 4. Merit Hiring Plan Essay Question Number 4 |
| | ✖ 5. Merit Hiring Plan Certification Statement for Essay Questions |
| ✖ | Assessment ▼ |
| ☑ | Documents ▼ |

\* ☑ **I acknowledge that all of the supporting documents I want to submit with this application have been assigned to an Accepted Document type on the Documents page.**

**Submit Application**

Please address all required items to submit application.