# Exhibit 5

Case 1:25-cv-13305-GAO    Document 75-5    Filed 04/27/26    Page 2 of 2

Military Treatment Facilities under DHA Logo

| | |
|---|---|
| **Position Title** | Clinical Psychologist |
| **Agency** | Military Treatment Facilities under DHA |
| **Announcement Number** | HSJW-26-12943001-DHA |
| **Open Period** | Monday, April 27, 2026 to Monday, May 11, 2026 |

Application Package Status: Application Incomplete

## Preferences

\* = Required

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

\* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

\* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

\* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

\* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.