# Exhibit 6

Case 1:25-cv-13305-GAO     Document 75-6     Filed 04/27/26     Page 2 of 2

![Military Treatment Facilities under DHA Logo]

| | |
|---:|:---|
| **Position Title** | Clinical Psychologist |
| **Agency** | Military Treatment Facilities under DHA |
| **Announcement Number** | HSJW-26-12943001-DHA |
| **Open Period** | Monday, April 27, 2026 to Monday, May 11, 2026 |

Application Package Status: Application Incomplete

## Review & Submit

Please verify each section of your application is complete and correct. You may review and change your information before submitting.

| Status | Section |
|:---:|:---|
| ✖ | Application ▼ |
| | ☑ Biographic Information |
| | ☑ Eligibilities |
| | ✖ Preferences ▼ |
| | ✖ 1. Merit Hiring Plan Essay Question Number 1 |
| | ✖ 2. Merit Hiring Plan Essay Question Number 2 |
| | ✖ 3. Merit Hiring Plan Essay Question Number 3 |
| | ✖ 4. Merit Hiring Plan Essay Question Number 4 |
| ✖ | Assessment ▼ |
| ☑ | Documents ▼ |

\* ☑ **I acknowledge that all of the supporting documents I want to submit with this application have been assigned to an Accepted Document type on the Documents page.**

Submit Application

Please address all required items to submit application.