# Exhibit 7

# "Merit Hiring Plan" Essay Tracker

Tracking the implementation of new essay questions in federal job applications

| Overview | By Service Type | By Grade Level | By Location | By Agency | By Occupation | Timeline | Job Listings |

## Essay Question Usage by Job Opening Date

Weekly and monthly percentages of jobs posted with the essay question

**Note:** Percentages shown represent the portion of *scraped questionnaires* that contain the essay question for each time period. The "Total Jobs Posted" column shows the number of questionnaires we analyzed.

| Month | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Monthly % | Total Jobs | Jobs with Questionnaires | Jobs with Essay Question |
|---|---|---|---|---|---|---|---|---|---|
| June 2025 | 0% | 0.3% | 0% | 0.8% | 2.9% | 0.9% | 11,611 | 3,456 | 30 |
| July 2025 | 1.2% | 2.1% | 3.6% | 5.2% | 5.4% | 3.6% | 14,842 | 13,147 | 470 |
| August 2025 | 5.4% | 7.2% | 9% | 11.7% | 12.5% | 8.4% | 15,665 | 14,019 | 1,183 |
| September 2025 | 17.2% | 20% | 13.8% | 22.5% | 24.9% | 18.6% | 14,051 | 12,452 | 2,311 |
| October 2025 | 14.7% | 18.2% | 16.9% | 18.2% | 18.9% | 17% | 13,504 | 12,329 | 2,099 |
| November 2025 | 23.6% | 21.4% | 25.6% | 26.7% | 46.2% | 24.5% | 11,508 | 10,568 | 2,591 |
| December 2025 | 27.2% | 27.6% | 30.2% | 31.5% | 28.5% | 28.7% | 13,773 | 12,131 | 3,481 |
| January 2026 | 28.7% | 29.6% | 19.6% | 16.7% | 34% | 27.1% | 16,136 | 3,596 | 973 |
| February 2026 | 32.6% | 31.8% | 29.8% | 30.2% | — | 30.7% | 18,850 | 12,245 | 3,755 |
| March 2026 | 38.5% | 43.3% | 42.1% | 44.8% | 43% | 42.3% | 23,142 | 20,648 | 8,725 |
| April 2026 | 44.2% | 44.5% | 41.4% | 43.3% | — | 43.3% | 19,751 | 17,661 | 7,648 |
| **TOTAL** | | | | | | 25.2% | 172,833 | 132,252 | 33,266 |