# Exhibit 8

# "Merit Hiring Plan" Essay Tracker

Tracking the implementation of new essay questions in federal job applications

Overview    By Service Type    By Grade Level    By Location    **By Agency**    By Occupation    Timeline    Job Listings

## Agency Analysis

Show All (27 total)

| Agency | Total Jobs | Jobs with Questionnaires | Jobs with Essay Question | % with Essay Question |
|---|---|---|---|---|
| Department of Veterans Affairs | 59,530 | 49,908 | 644 | 1.3 |
| Department of the Air Force | 21,512 | 17,431 | 5,609 | 32.2 |
| Department of the Navy | 19,992 | 11,365 | 4,869 | 42.8 |
| Department of Defense | 17,241 | 13,635 | 5,769 | 42.3 |
| Department of the Army | 16,437 | 13,748 | 3,039 | 22.1 |
| Department of Justice | 9,034 | 7,420 | 5,548 | 74.8 |
| Department of Homeland Security | 7,671 | 5,834 | 1,457 | 25 |
| Department of the Interior | 4,229 | 3,499 | 1,520 | 43.4 |
| Other Agencies and Independent Organizations | 3,847 | 1,955 | 793 | 40.6 |
| Department of Transportation | 2,936 | 249 | 205 | 82.3 |
| Department of Agriculture | 2,302 | 1,616 | 1,040 | 64.4 |
| Department of Health and Human Services | 1,749 | 1,480 | 759 | 51.3 |
| Legislative Branch | 1,318 | 594 | 0 | 0 |
| Department of Energy | 1,004 | 693 | 530 | 76.5 |
| Department of Commerce | 954 | 791 | 572 | 72.3 |
| Department of the Treasury | 652 | 543 | 223 | 41.1 |
| Department of State | 461 | 324 | 5 | 1.5 |
| Judicial Branch | 447 | 132 | 0 | 0 |
| National Aeronautics and Space Administration | 409 | 185 | 44 | 23.8 |
| Department of Labor | 325 | 306 | 302 | 98.7 |
| **TOTAL** | **172,833** | **132,252** | **33,266** | **25.2** |