# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
*et al.,*

    *Plaintiffs,*

v.

SCOTT KUPOR, in his official capacity as
Director of the Office of Personnel
Management, *et al.*,

    *Defendants.*

No.: 1:25-cv-13305

### DEFENDANTS' RESPONSE TO PLAINTIFFS'
### NOTICE OF SUPPLEMENTAL FACTS (ECF No. 74)

Defendants Scott Kupor, in his official capacity as Director of the Office of Personnel Management, and the Office of Personnel Management (OPM) respectfully submit this Response to Plaintiffs' Notice of Supplemental Facts (ECF No. 74) to address Plaintiffs' suggestion that "recent factual developments . . . further demonstrate the urgent need for the relief requested" in Plaintiffs' motion for preliminary injunction, ECF No. 39.

As explained in the Declaration filed herewith, it remains the case that agencies' use of the four short-essay questions included in the Merit Hiring Plan ("MHP"), which form the basis of Plaintiffs' challenge in this case, are optional. ECF 57 at 1-2; *see also* Declaration of Noah Peters, filed herewith ("Peters Decl.") at 1.  Applicants are not required to answer them.  Off. of Personnel Mgmt., Merit Hiring Plan (2025), 10, https://www.opm.gov/chcoc/transmittals/2025/Merit%20Hiring%20Plan%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%20FINAL.pdf ("MHP").  Moreover, agencies are not permitted to disqualify or screen out applicants who choose not to answer one or more of the questions.  Off. of Pers. Mgmt., Additional

1

Merit Hiring Plan Guidance on Using the Four Short Essay Questions (2026), https://content.govdelivery.com/accounts/USOPM/bulletins/3e5f668. The MHP and subsequent guidance issued to agencies on June 23, 2025, have not been changed and remain the operative guidance for use of the short-essay questions, within which the challenged question is included.

Nonetheless, to reiterate that guidance and to remind agencies regarding how they may use the short-essay questions, OPM distributed the attached reminder e-mails to all federal agencies' Chief Human Capital Officers (CHCOs), Deputy CHCOs, and Human Resources Directors on April 28 and April 30, 2026. *See* Exh. A., "Merit Hiring Plan Guidance on Using the Four Optional Short Essay Questions Reminder," Exh. B., "Additional Merit Hiring Plan Guidance on Using the Four Optional Short Essay Questions Reminder." As OPM explained: "In all cases, an applicant must not be disqualified or screened out for not answering the questions; responses to the questions must not be marked as required, and applicants must be allowed to complete the application without answering the questions." Exh. B.

More broadly, each hiring agency exercises full control over whether applicants are required to provide responses to questions within a job application. *See* Peters Decl. at 1-2. Agencies can apply settings to vacancy announcements within the federal talent acquisition system, through which applicants apply for jobs, that require responses to certain questions (item-level requirements) or require responses to all questions within a particular job application (vacancy-level requirements) before an application can be submitted. *Id.* Agencies can also choose a default setting that automatically requires responses to all questions unless the agency turns that requirement off (either for a specific item or for the entire vacancy) or a default setting that does not require any responses (unless the agency marks a particular item as required). *Id.* These settings have always been fully controllable by hiring agencies. *Id.*

On November 18, 2025, the OPM official that oversees the federal talent acquisition system implemented a change to the system such that the initial setting for all items (*e.g.,* short-essay questions) for all vacancies would not require a response by default. *Id.* The purpose of this change was to prevent agencies from inadvertently requiring responses when the agency was unaware the setting for a particular item was set to require a response. *Id.* Notice of this change was provided to agencies at that time. *Id.*

In addition, as noted, OPM has continued to communicate to agencies that applicants must not be required to answer the questions and cannot be disqualified or screened out based on their answers (or their failure to answer some or all of the questions).

Dated: May 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

*/s/ Ryan M. Underwood*
RYAN M. UNDERWOOD
Trial Attorney (D.C. Bar No. 1656505)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-1952
E-mail: ryan.m.underwood2@usdoj.gov

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I caused the foregoing to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to any individuals and entities who have entered appearances in this case to date, pursuant to the Court's ECF system.

 /s/ RYAN M. UNDERWOOD
Ryan M. Underwood