# Exhibit B

We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.



**Subscribe to updates from U.S. Office of Pers Management**

Email Address                              e.g. name@exan

Subscribe

**Share Bulletin**



# Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions

U.S. Office of Personnel Management sent this bulletin at 04/30/2026 04:44 PM EDT

Share / View as a webpage

## Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions

Dear CHCOs, Deputy CHCOs and Human Resources Directors,

The U.S. Office of Personnel Management's (OPM) Office of Workforce Policy and Innovation is issuing this communication to clarify guidance sent on Tuesday, April 28, 2026 about agency use of four short essay questions.

The use of four short essay questions is **mandatory** for General Schedule (GS) 5-15 and Senior Professional (Senior Level (SL) and Scientific & Professional (ST)) positions. Use is **optional** for merit promotion announcements only. **In all cases, an applicant must not be disqualified or screened out for not answering the questions; responses to the questions must not be marked as required, and applicants must be allowed to complete the application without answering the questions.**

**Agencies should continue to refrain from using these essay questions when filling Senior Executive Service (SES), teacher, seasonal, and Wage Grade (WG) positions.**

For your convenience, the previously issued June 23, 2025 guidance regarding use of the four optional short essay questions is available at: Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions.

OPM Workforce Policy and Innovation

Do not reply to this unmonitored govDelivery send-only email address.

Stay Connected with U.S. Office of Personnel Management:

  

Powered by



Privacy Policy | Cookie Statement | Help