**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, | |
| *Plaintiffs*, | No.: 1:25-cv-13305 |
| v. | |
| SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, *et al.*, | |
| *Defendants*. | |

## DECLARATION OF NOAH PETERS

I, Noah Peters, declare:

1. I am Senior Advisor to the Director at the U.S. Office of Personnel Management ("OPM").

2. On April 28, 2026, OPM distributed via e-mail to all federal agencies' Chief Human Capital Officers (CHCOs), Deputy CHCOs, and Human Resources Directors a reminder that the four short-essay questions provided in Section III of OPM's May 29, 2025 Merit Hiring Plan are optional and that applicants cannot be disqualified or screened out for not answering the questions if an agency chooses to use them.

3. On April 30, 2026, OPM distributed another email to all federal agencies' CHCOs, Deputy CHCOs, and Human Resources Directors reminding them that, "In all cases, an applicant must not be disqualified or screened out for not answering the questions; responses to the questions must not be marked as required, and applicants must be allowed to complete the application without answering the questions."

4. OPM's talent acquisition system, USA Staffing, allows agencies full control over

1

whether applicants are required to answer questions within a job application. Agencies can designate specific questions as required or optional (item-level requirements). This means an applicant may encounter a mix of required and non-required questions within the same application.

5.      Agencies can also apply a setting at the vacancy (announcement) level that requires responses to all questions (vacancy-level requirement). This setting overrides any item-level configurations.

6.      Prior to November 18, 2025, agencies could also choose a default setting for each of their staffing offices.  Under one setting, agencies could set the default such that all questions will automatically require responses.  Under the other setting, agencies could set the default such that all questions will automatically not require responses. These staffing-office level settings have always been fully controlled by agencies.

7.      That changed on November 18, 2025, when the USA Staffing program implemented a systemwide change such that the default setting for all vacancies, including for the four short-essay questions, would be set to not require responses. The purpose of this update was to prevent agencies from unintentionally requiring responses to all questions if they were unaware the default setting was enabled. Agencies retain the ability to change the setting, although doing so with respect to the four short-essay questions would conflict with the Merit Hiring Plan and all subsequently issued guidance directing that responses to those questions are optional.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2026

/s/ Noah Peters
Noah Peters

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I caused the foregoing to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to any individuals and entities who have entered appearances in this case to date, pursuant to the Court's ECF system.

 /s/ RYAN M. UNDERWOOD
Ryan Underwood