# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

## NOTIFICATION OF FILING OF PETITION FOR WRIT OF MANDAMUS

6228778

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), Plaintiffs respectfully notify the Court that a petition for writ of mandamus has been filed in the First Circuit Court of Appeals.  Attached is a copy of the filed writ.

DATED:  June 15, 2026

By:    /s/ Warren A. Braunig
Warren A. Braunig (*Admitted Pro Hac Vice*)
Sara Fitzpatrick (*Admitted Pro Hac Vice*)
Charlotte J. Kamai (*Admitted Pro Hac Vice*)
Sana Singh (*Admitted Pro Hac Vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
wbraunig@keker.com
sfitzpatrick@keker.com
ckamai@keker.com

*Counsel for Plaintiffs*

Tsuki Hoshijima (BBO # 693765)
Elena Goldstein (*Admitted Pro Hac Vice*)
Webb Lyons** (*Admitted Pro Hac Vice*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 991 0159
thoshijima@democracyforward.org
egoldstein@democracyforward.org
wlyons@c.democracyforward.org**
**Of Counsel*

*Counsel for Plaintiffs*

Ori Lev (*Admitted Pro Hac Vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582
ori.lev@protectdemocracy.org

*Counsel for Plaintiffs*

1

6228778

Rushab B. Sanghvi (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
SanghR@afge.org

*Counsel for Plaintiff American Federation of
Government Employees, AFL-CIO (AFGE)*

Matthew S. Blumin (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org

*Counsel for Plaintiff American Federation State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Sarah Suszczyk (*Admitted Pro Hac Vice*)
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org

*Counsel for Plaintiff National Association of
Government Employees, Inc. (NAGE)*

2

6228778

3

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.


DATED:  June 15, 2026                                    */s/ Warren A. Braunig*
                                                          WARREN A. BRAUNIG

3

6228778