# United States Court of Appeals
## For the First Circuit

No. 26-1721

IN RE: AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,

Petitioners.

Before

Barron, Chief Judge,
Gelpí and Rikelman, Circuit Judges.

**JUDGMENT**

Entered: June 26, 2026

Petitioners, the American Federation of Government Employees, the American Federation of State, County and Municipal Employees, and the National Association of Government Employees, Inc., have filed a petition for writ of mandamus seeking an order from this court requiring the district court to rule on their pending motion for a preliminary injunction within thirty days. After careful review of the petition and the relevant portions of the district court record, we conclude that the extraordinary remedy of mandamus is not warranted at this time. See Da Graca v. Souza, 991 F.3d 60, 64 (1st Cir. 2021) (general mandamus principles).

Accordingly, the petition is denied. We are confident the district court will promptly decide the motion.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. George A. O'Toole, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Ori Lev, Rushab Sanghvi, Elena Goldstein, Charlotte Kamai, Sana Singh, Warren Andrew Braunig, Sara Fitzpatrick, Tsuki Hoshijima, Webb Lyons, Matthew Stark Blumin, Sarah E. Suszczyk, Donald Campbell Lockhart, Ryan Underwood